UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|                                      |   |
|--------------------------------------|---|
| ANGEL RIVERA,                        | ) |
|     Petitioner,                      | ) |
|                                      | ) |
|          v.                          | ) |
|                                      | ) |
| JOHN ASHCROFT,                       | ) |
|     Attorney General,                | ) |
|     Defendant.                       | ) |
|                                      | ) |

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES Angel Rivera, in the above captioned and numbered matter and moves this Court to appoint counsel on the basis of the attached affidavit in support of this motion.

WHEREFORE, Angel Rivera  moves this Court to appoint counsel in this matter.

Dated: January 2, 2005

Respectfully submitted,

*Angel Rivera*

Angel Rivera, pro se