

Mrs. Susan Jenness
Pro Se Intake Clerk
United States District Courthouse
1 Courthouse Way Suite 2300
Boston, Massachusetts 02210

January 3, 2005

Christopher Paul Conlin Civil Action No. 1: 04 CV 12 600
3 Lynn Street
Fitchburg, Massachusetts 01420

Dear Mrs: Jenness

Please be advised of the following pertaining to the above referenced civil
action. I have elected option two offered by the judge and have paid the filing
fees. Enclosed please find check stub # 703952333 made out to U.S. District
Court, further, also enclosed is a receipt from the cashiers office receipt #
321-61076.

Can you please see that my file is so noted and transferred from the Pro Se
file to that of civil docket. Thank you for your attention in this matter.

Sincerely
Christopher Paul Conlin
Christopher Paul Conlin

**PERSONAL MONEY ORDER**

No. **703952333**

**Bank of America**

FITCHBURG

Issued by Integrated Payment Systems Inc., Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

82-40/102

Date _____ DEC 28, 04 _____ Case # 1:04-cv-12600

Pay To The Order Of _____ U. S. District Court _____ $ *********150.00

$**150*DOLLARS*AND*00*CENTS* _____ Dollars

Not Valid Over $1000

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

81949 06558 703952333

**CUSTOMER COPY**
**NON NEGOTIABLE**
*Retain For Your Records*



Reg Rec: AT425133-0 7900-1

UNITED STATES DISTRICT COURT

BOSTON        1 MA

Receipt No. 221161076
Cashier       aldni

Check Number: 7675/2332

DU Code   Div No
6/A

Sub Acct  Type Tender       Amount
100653099  K   2             60.00
2451095-6  4   5             90.00

Total Amount    $    150.00

04-12600-ABG / POSTMASTER FRAMINGHAM, IN,

5 LYNN STREET, FITCHBURG, MA 01420 / RCM

CREE