```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ANGEL RIVERA, aka ANGEL RIVERA MARTINEZ,<br><br>          Petitioner,<br><br>     v.<br><br>JOHN ASHCROFT,<br><br>          Respondent. | C.A. No. 04-12731-JLT |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated May 10, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

May 11, 2005                                By the Court,

                                            /s/ Jeanette McGlamery
                                            Deputy Clerk